IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JAMIE WEAVER, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:20-cv-00143-JJV |
| ANDREW SAUL, | * |
| Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 24th day of February 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE